UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. 89-106 LKK/JFM

    Respondent,

  v.                       O R D E R

RICHARD J. AICHELE,

    Movant.
_____/

    The court is in receipt of movant's motion to amend his presentence report. Movant proceeds pro se and accordingly, pursuant to Local Rule 72-302, the matter is referred to the magistrate judge assigned to the case. Accordingly, the court orders as follows:

    1.    Pursuant to Local Rule 72-302, the motion is referred to the Honorable John F. Moulds for further proceedings.

    IT IS SO ORDERED.

    DATED: June 28, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT