UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. 89-106 LKK

    Respondent,

  v.                      O R D E R

RICHARD J. AICHELE,

    Movant.

_____/

The court is in receipt of movant's motion for Writ of Error Audita Querela. <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), <u>Blakely v. Washington</u>, 542 U.S. 296 (2004), <u>United States v. Booker</u>, 543 U.S. 220 (2005), etc. are not retroactive. See <u>United States v. Cruz</u>, 423 F.3d 1119, 1121 (9th Cir. 2005), <u>Cooper-Smith v. Palmateer</u>, 397 F.3d 1236, 1246 (9th Cir. 2005) (citing <u>United States v. Sanchez-Cervantes</u>, 282 F.3d 664 (9th Cir. 2002)). Accordingly, the petition is DENIED.

IT IS SO ORDERED.

DATED: August 11, 2010

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT