UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. 89-106 LKK

    Respondent,

  v.                          O R D E R

RICHARD J. AICHELE,

    Movant.

                                /

On July 26, 2010, Aichele filed a petition for writ of error audita querela seeking retroactive application of several Supreme Court decisions. On August 12, 2010, the court denied the petition citing several Ninth Circuit decisions for the proposition that the Supreme Court cases are not retroactive. Aichele subsequently appealed the court's denial of the petition to the Ninth Circuit. On January 27, 2011, the Ninth Circuit found that the appeal "appears to arise under 28 U.S.C. § 2255," and, thus, "remanded the case to the district court for the limited purpose of granting or denying a certificate of appealability."

1    The court has reviewed the record and declines to issue a
2 certificate of appealability. The merits of Aichele's claims are
3 not debatable among jurists of reason because the Ninth Circuit has
4 determined that the Supreme Court decisions do not apply
5 retroactively.
6    IT IS SO ORDERED.
7    DATED: January 28, 2011.

10   _____
     LAWRENCE K. KARLTON
11   SENIOR JUDGE
     UNITED STATES DISTRICT COURT